Strafford,  }
Dec., 1894. }

Boston & Maine Railroad *v.* Union Street Railway Co.

Assumpsit, for eighty-four tons of iron rails. The court ordered a verdict for the defendants, and the plaintiffs excepted. It appearing that one C. bargained with the plaintiffs for the iron, that he was not the defendants' agent and had no authority from them to make the purchase, and there being no other evidence tending to show that the defendants contracted for the iron, the exceptions were overruled.

Smith, J., did not sit.

*Worcester, Gafney & Snow* and *John Kivel*, for the plaintiffs.

*William F. Nason* and *Robert G. Pike*, for the defendants.